Argued May 23, affirmed May 31, petition for rehearing denied
June 21, petition for review denied July 31, 1973

IN THE MATTER OF ROCKY BLAINE YOUNG, A CHILD.

STATE EX REL JUVENILE DEPARTMENT OF
DOUGLAS COUNTY, *Respondent, v.* YOUNG,
*Appellant.*

510 P2d 358

*Dean Heiling,* Public Defender, Roseburg, argued
the cause and filed the brief for appellant.

*Doyle L. Schiffman,* District Attorney, Roseburg,
argued the cause for respondent. With him on the
brief was Brian R. Barnes, Deputy District Attorney,
Roseburg.

Before SCHWAB, Chief Judge, and LANGTRY and
FOLEY, Judges.

PER CURIAM.

This appeal by a 16-year-old male urges that
the trial court committed error by remanding him to
adult court in connection with a car-theft charge. His
position was vigorously and ably expounded by his
counsel on trial and appeal. We nevertheless conclude
from the record that the trial judge's decision to re-
mand was proper.

There is nothing novel about this case and no use-
ful purpose would be served by reciting the long
history of offenses which preceded this order.

Affirmed.